EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Antonio Ríos Acosta | 2010 TSPR 3<br><br>177 DPR _____ |

Número del Caso: TS-5218


Fecha: 14 de enero de 2010


Abogado de la parte peticionaria:
          Por derecho propio


Oficina de Inspección de Notarías:
          Lcda. Lourdes I. Quintana Llorens



Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Antonio Ríos Acosta                    TS-5218




RESOLUCIÓN


En San Juan, Puerto Rico, a 14 de enero de 2010.


Examinada la solicitud de reinstalación en reconsideración presentada por el Sr. Antonio Ríos Acosta, se le reinstala al Ejercicio de la Abogacía por el único fundamento de que éste cumplió con el término de suspensión.

Lo acordó y ordena el Tribunal, y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo


In re: